IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph E. Rubino,<br><br>      Plaintiff,<br>  v.<br><br>ACME Building Maintenance, et al.,<br><br>      Defendants. | NO. C 08-00696 JW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REINSTATEMENT OF MAGISTRATE JUDGE LLOYD FOR FURTHER PROCEEDINGS** |

    Before the Court is Plaintiff's Motion to Reinstate United State Magistrate Judge Howard P. Lloyd for Further Proceedings. (Docket Item No. 32.) Upon consent of the parties, a magistrate judge may conduct proceedings in a civil matter. 28 U.S.C. § 636. Parties must either file written consent to jurisdiction of the magistrate judge, or request reassignment to a district judge, before the deadline for filing the initial case management conference statement. Local Rule 73-1(a). Pursuant to the local rules, Defendant California Department of Fair Employment and Housing made a proper and timely request for reassignment of the case to a district judge. (Docket Item No. 23.) The Court finds that this case has been appropriately reassigned to this Court. Accordingly, the Court DENIES Plaintiff's Motion.

Dated: April 4, 2008

                                                    JAMES WARE<br>
                                                    United States District Judge

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Dong-In Sohn david.sohn@ogletreedeakins.com
Paul T. Hammerness paul.hammerness@doj.ca.gov

Joseph E Rubino
2151 Oakland Road
#36
San Jose, CA 95131

**Dated:  April 4, 2008**                          **Richard W. Wieking, Clerk**

                                                    **By:**_____
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California