**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Rubino, | NO. C 08-00696 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE;** |
| v. | **ORDER REFERRING PLAINTIFF TO** |
| ACME Building Maintenance, et al., | **THE FEDERAL PRO BONO PROJECT** |
| Defendants. / | |

The Court conducted a Case Management Conference on June 30, 2008. Defendants were represented by their respective counsel. Plaintiff appeared in *pro per*. In light of the discussion at the conference, the Court orders as follows:

(1) The Court extends the time for Defendants to file a response to the Amended Complaint. Defendants shall file their response on or before **July 30, 2008.**

(2) A hearing on Defendants' anticipated motion to dismiss or for summary judgment is set for **October 20, 2008 at 9 a.m.** Defendants shall notice and file their motion in accordance with the Civil Local Rules of Court.

(3) Plaintiff has filed a Motion for Appointment of Counsel. For good cause shown, the Court refers this case to the Federal Pro Bono Project of the Northern District of California. The Clerk shall forward this Order to the Volunteer Legal Services Program of the Bar Association of the Santa Clara County Bar Association and a copy of the Court file with a notice of referral of the case pursuant to the guidelines

of the Federal Pro Bono Project.  Plaintiff shall carefully review and comply with the procedures set forth in the enclosed "Instruction Sheet for Litigant."

Dated: July 2, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Dong-In Sohn david.sohn@ogletreedeakins.com
Douglas J. Farmer doug.farmer@ogletreedeakins.com
Paul T. Hammerness paul.hammerness@doj.ca.gov

Joseph E Rubino
2151 Oakland Road Apt. 36
San Jose, CA 95131

**Dated:  July 2, 2008**                                                  **Richard W. Wieking, Clerk**

                                        **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California