United States District Court
For the Northern District of California

***E-FILED 01-11-2010***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH E. RUBINO,

Plaintiff,

v.

ACME BUILDING MAINTENANCE, et al.,

Defendants.

_______________________________________/

No. C08-00696 JW (HRL)

**ORDER SETTING MOTION HEARINGS**

The presiding judge having referred certain matters to the undersigned for resolution, plaintiff's "Request for Court Order of Interrogatories Over 25 Questions" (Docket No. 134) and "Request for Sanctions" (Docket No. 135) have been re-set for a **February 9, 2010, 10:00 a.m.** hearing in Courtroom 2. Briefing shall proceed in accordance with Civil Local Rule 7. If, upon submission of the parties' briefs, this court determines that the matter may be resolved without oral argument, it will so notify the parties.

SO ORDERED.

Dated: January 11, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-00696-JW Notice has been electronically mailed to:

David Dong-In Sohn david.sohn@ogletreedeakins.com

David Jude Comeaux david.comeaux@odnss.com, Susan.holmes@odnss.com

Erica Kristen Rocush erica.rocush@ogletreedeakins.com, abigail.harper@ogletreedeakins.com

Paul T. Hammerness paul.hammerness@doj.ca.gov, chere.deuel@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

A copy of this document mailed to:

Joseph E. Rubino
2151 Oakland Road #36
San Jose, CA 95131

Pro Se Plaintiff

United States District Court
For the Northern District of California