**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph E. Rubino, | NO. C 08-00696 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ACME Building Maintenance, et al., | |
| Defendants. | |

Pursuant to the Court's May 6, 2010 Order Granting Defendant ACME's Motion for Summary Judgment, judgment is entered in favor of Defendant ACME Building Maintenance, California Department of Industrial Relations, and GCA Service Group of Texas L.P. Inc., against Plaintiff Joseph E. Rubino.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 6, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Dong-In Sohn david.sohn@ogletreedeakins.com
David Jude Comeaux david.comeaux@odnss.com
Erica Kristen Rocush erica.rocush@ogletreedeakins.com
Paul T. Hammerness paul.hammerness@doj.ca.gov

Joseph E Rubino
2151 Oakland Road
# 36
San Jose, CA 95131

**Dated: May 6, 2010**                                  **Richard W. Wieking, Clerk**

                                                                   **By:      /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**